UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 11 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHARLES G. KINNEY,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>THREE ARCH BAY COMMUNITY SERVICES DISTRICT; et al.,<br><br>　　　　Defendants - Appellees. | No. 18-56550<br><br>D.C. No. 8:17-cv-01693-RGK-JC<br>U.S. District Court for Central California, Santa Ana<br><br>**MANDATE** |

　　　　The judgment of this Court, entered November 16, 2020, takes effect this date.

　　　　This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　Costs are taxed against the appellant in the total amount of $168.00. Appellee Charles Viviani awarded $99.50. Appellee Does awarded $68.50

　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　By: Rebecca Lopez
　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　Ninth Circuit Rule 27-7